**Order entered June 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00306-CR

**IVAN ORTIZ MERIDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81221-2018**

## ORDER

The reporter's record, requested on March 6, 2019, was due April 29, 2019. When it was not filed, we notified court reporters Kimberly Tinsley and Tonya Lebo by postcard dated May 1, 2019 that it was overdue and directed them to file the reporter's record by May 31, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Tinsley or Ms. Lebo.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Tinsley and Ms. Lebo that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that either or both not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Kimberly Tinsley, official court reporter, 401st Judicial District Court; Tonya Lebo, deputy court reporter, 401st Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE